| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Filehash | ISP | city |
|----|------------|-----------|------------------------|----------|-----|------|
| 1  | 69.1.124.11 | Vuze 4.7.2. | 11/8/12 10:09:04 PM | SHA1: CB2CCB7AABFB94D2F530ED1D6AC248E9E0A43B4F | LS Networks | Pendleton |
| 2  | 68.118.212.210 | µTorrent 3. | 11/8/12 05:33:58 AM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Charter Commun | La Grande |
| 3  | 76.191.79.69 | µTorrent 3. | 1/23/13 09:48:34 AM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | vanoppen.biz LLC | Pendleton |
| 4  | 76.191.79.100 | Vuze 4.5.0. | 11/15/12 01:31:06 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | vanoppen.biz LLC | Pendleton |
| 5  | 66.191.10.45 | µTorrent 2. | 11/9/12 02:13:23 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Commun | Hermiston |
| 6  | 66.112.78.96 | BitTorrent 7 | 11/13/12 12:01:58 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | CenturyTel Intern | Boardman |
| 7  | 75.141.70.31 | Vuze 4.5.0. | 11/17/12 02:31:55 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Commun | Hermiston |
| 8  | 50.38.12.211 | Vuze 4.5.0. | 12/2/12 02:06:33 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Frontier Commun | La Grande |
| 9  | 68.119.7.61 | µTorrent 3. | 12/2/12 04:41:19 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Commun | Pendleton |
| 10 | 50.45.160.110 | BitComet 1 | 12/12/12 11:28:01 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Frontier Commun | La Grande |
| 11 | 75.121.205.181 | µTorrent 3. | 1/13/13 11:15:01 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | CenturyTel Intern | Hines |

Exhibit 1  Maximum Conviction-Pendleton  Page 1 of 1