# OBJECTION LETTER

I WISH TO OBJECT TO MY PERSONAL INFORMATION TO THIS CASE.

Court Case No. 2:13-cv-00292-SU

Charter Case Number. 13-0833

ID Number: 2

IP Address - 66.191.10.45

FILED 16 APR '13 16:09 USDC-ORP

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Voltage Pictures, LLC <br> *Plaintiff* <br> v. <br> Does 1-12 <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:13-cv-00292-AA <br> ) <br> ) (If the action is pending in another district, state where: <br> ) ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Falcon Cable Communications, LLC d/b/a Charter Communications c/o Corporation Service Company, 285 Liberty Street NE, Salem, OR 97301

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

see Attachment A

| Place: Carl D. Crowell, Crowell Law, 943 Liberty St. SE, PO Box 923, Salem, OR 97308; crowell@kite.com; 503.581.1240 | Date and Time: <br> 04/22/2013 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/07/2013

CLERK OF COURT

_____     OR     _____
*Signature of Clerk or Deputy Clerk*               *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Voltage Pictures, LLC , who issues or requests this subpoena, are:

Carl D. Crowell, Crowell Law, 943 Liberty St.SE, PO Box 923, Salem, OR 97308; crowell@kite.com; 503.581.1240