Wade P. Bettis, Jr.,OSB #720255
Email wpbettis@bettislaw.com
1906 Fourth Street
La Grande, OR 97850
(541) 963-3313
Of attorney for the defendant

UNITED STATES DISTRICTY COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| VOLTAGE PICTURES, LLC<br>Plaintiff,<br><br>vs<br><br>EASTERN OREGON COMPUTER<br>CONSULTING, INC,<br>(Former Doe #1) | Case No. 2:13-cv-00292-AA<br><br>ANSWER<br>TO COMPLAINT |
|---|---|

Defendant, Eastern Oregon Computer Consulting, Inc., by and through its attorney, Wade P. Bettis, PhD, appears herein, and in Answer to Plaintiff's Complaint and admits and denies as follows

1.

Except as expressly admitted herein, Defendant denies generally and specifically each and every other allegation contained in Plaintiff's Complaint and the whole thereof.

2.

Defendant admits paragraphs 1 through 11, 26, 28, and 30.

WHEREFORE,

(1)     Defendant pray for a judgment dismissing Plaintiff's complaint in its entirety and awarding them their prevailing party costs, attorney fees, and disbursements, and any other relief the court deems just and equitable.

DATED this _____ day of June, 2013          Respectfully submitted,

                                            /s/ Wade P. Bettis
                                            Wade P. Bettis, Jr., PhD
                                            OSB #720255
                                            Attorney for the Defendant
                                            1906 Fourth Street
                                            La Grande, OR 97850
                                            (541) 963-3313